```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   STATESVILLE DIVISION
                 No. 5:22-cv-00104-DSC
```

| | |
|---|---|
| ADRIAN E. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | )   ORDER FOR REMAND |
| | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Complaint and Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings including a new hearing. The Commissioner seeks to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings including a new hearing. *See Shalala*

1

*v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: February 22, 2023

David S. Cayer
United States Magistrate Judge